Motion to dismiss appeal granted, with $10 costs. Order filed. See, also, supra.

---

SICHEL v. STODDARD. (Supreme Court, Appellate Division, First Department. November 24, 1911.) Action by C. Clarence Sichel against Charles H. Stoddard. No opinion. Application denied, with $10 costs. Order signed.

---

SILVERMAN, Appellant, v. BINDER et al., Respondents. (Supreme Court, Appellate Division, First Department. October 20, 1911.) Action by Jacob Silverman against Jacob Binder and another. A. D. Lind, for appellant. E. Clyde Sherwood, for respondents. No opinion. Judgment affirmed, with costs. Order filed. See, also, 130 App. Div. 581, 115 N. Y. Supp. 54.

---

In re SIMMONS et al., Board of Water Supply. (Supreme Court, Appellate Division, Second Department. November 17, 1911.) In the matter of the application of J. Edward Simmons and others, constituting the Board of Water Supply, etc., to acquire real estate, etc., Hill View Reservoir, section No. 1, parcel No. 5. No opinion. Motion granted in part. Order to direct vacation of the previous order of this court (128 N. Y. Supp. 1071), and restoration of cause to the calendar of this court for hearing on the merits, as directed by the Court of Appeals (96 N. E. 456).

---

SKELLY, Appellant, v. REHDER et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 20, 1911.) Action by John T. Skelly, as assignee, etc., against Fredericka Rehder, individually and as executrix, etc., and others. No opinion. Judgment affirmed, with costs.

---

In re SMITH. (Supreme Court, Appellate Division, Second Department. October 20, 1911.) In the matter of Andrew H. Smith, an incompetent person. No opinion. Order of the County Court of Orange county affirmed, with $10 costs and disbursements.

---

In re SMITH. (Supreme Court, Appellate Division, First Department. November 10, 1911.) In the matter of Carroll F. Smith. No opinion. Motion denied. Order filed. See, also, 143 App. Div. 907, 127 N. Y. Supp. 1145.

---

SMITH, Appellant, v. BROWN BROS. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. November 15, 1911.) Action by John J. Smith against the Brown Bros. Company.

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., dissents, upon the ground that the finding of the jury that the appearance was not ratified is contrary to and against the weight of the evidence. See, also, 128 App. Div. 910, 112 N. Y. Supp. 1147; 129 App. Div. 930, 931, 113 N. Y. Supp. 1146, 1147.

---

SMITH, Respondent, v. MASTERS, Appellant. (Supreme Court, Appellate Division, First Department. December 1, 1911.) Action by W. Stebbins Smith against Joseph W. Masters. F. Taylor, for appellant. L. O. Van Doren, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

---

SMITH, Respondent, v. POST, Appellant. (Supreme Court, Appellate Division, Second Department. November 17, 1911.) Action by Sidney E. Smith against Richard T. Post. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs, on the authority of Van Mater v. Post, 131 N. Y. Supp. 805, decided herewith.

---

SNELL, Appellant, v. SNELL et al., Respondents. (Supreme Court, Appellate Division, Third Department. November 15, 1911.) Action by Henry W. Snell against Thomas Snell and another. No opinion. Judgment unanimously affirmed, with costs.

---

SOLOMON, Respondent, v. KIRCHER, Appellant. (Supreme Court, Appellate Division, First Department. October 20, 1911.) Action by Rex Solomon, an infant, etc., against Louis Kircher. E. J. Redington, for appellant. N. Friedman, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

SOMMER, Respondent, v. ARMOR GAS & OIL CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 29, 1911.) Action by Mary Sommer against the Armor Gas & Oil Company.

PER CURIAM. Judgment (71 Misc. Rep. 211, 128 N. Y. Supp. 382) affirmed, with costs.

McLENNAN, P. J., dissents.

---

SPEISER, Respondent, v. A. LUBAN CO., Appellant. (Supreme Court Appellate Division, First Department. November 24, 1911.) Action by Eva Speiser, an infant, against the A. Luban Company. J. Gans, for appellant. L. F. Fish, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 142 App. Div. 937, 127 N. Y. Supp. 1145.

---

STAIGER, Respondent, v. KLITZ et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 17, 1911.) Action by Christopher Staiger against Robert H. Klitz and another. No opinion. Judgment affirmed, with costs. See, also, 138 App. Div. 894, 122 N. Y. Supp. 1146.